1 | JOSEPH P. RUSSONEILLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
4
   1301 Clay Street, Suite 340S
5  Oakland, California 94612
   Telephone: (510) 637-3697
6  FAX: (510) 637-3724

7 | Attorneys for Petitioner

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                                OAKLAND DIVISION
11
UNITED STATES DEPARTMENT OF         )
12 | JUSTICE, EXECUTIVE OFFICE FOR    )  No. 09-2981-SBA
IMMIGRATION REVIEW,                  )
13                                   )  **[PROPOSED] REVISED ORDER TO**
               Petitioner,            )  **SHOW CAUSE**
14                                   )
       v.                             )
15                                   )
NI CHI NGUYEN,                        )
16                                   )
               Respondent.            )
17                                   )
                                      )
18

   Good cause having been shown by the petitioner upon its petition filed in the above-entitled
19
matter, it is hereby:
20
   **ORDERED** that respondent, Ni Chi Nguyen, is ordered to appear before this Court on
21
**Tuesday, October 6, 2009, at 1:00 p.m.** in Courtroom No.3, Third Floor, United States District
22
Court, 1301 Clay Street, Oakland, California, 94612, and then and there, show cause, if any, why
23
he should not be compelled to appear at the removal hearing of Luu Thi Pham (A57-960-802) in
24
Immigration Court.
25
   **ORDERED** that on or before **September 25, 2009**, the respondent may file and serve a written
26
response to the Petition to Enforce A Subpoena Issued By A United States Immigration Judge,
27
supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746.
28

1

1    **IT IS SO ORDERED.**

3   Dated: 8/5/09

                         *Saundra B Armstrong*
4                           SAUNDRA B. ARMSTRONG
                           United States District Judge