UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Petitioner,<br><br>v.<br><br>NI CHI NGUYEN,<br><br>Respondent. | Case No: C 09-2981 SBA<br><br>**ORDER VACATING HEARING AND DISCHARGING ORDER TO SHOW CAUSE**<br><br>[Docket 9] |

Petitioner previously requested an order to show cause (OSC) why a subpoena should not be issued to compel Respondent Ni Chi Nguyen to appear in immigration court for a removal hearing to be held on August 12, 2009. (Docket 7, 9.) However, since that hearing date has passed and given that the Court has not been advised that a new, future date has in fact been set by the immigration court, the OSC is now moot. Accordingly,

IT IS HEREBY ORDERED THAT the OSC for the issuance of a subpoena requiring Respondent's appearance in immigration court on August 12, 2009 is DISCHARGED AS MOOT. This Order is made without prejudice to the submission of an amended request for an OSC in the event a new date before the immigration court is set at which Respondent's appearance is required. The October 6, 2009 hearing date in this Court is VACATED.

IT IS SO ORDERED.

Dated: October 1, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Court