1   JOSEPH P. RUSSONEILLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
3   EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
4
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3697
6       FAX: (510) 637-3724
7   Attorneys for Petitioner
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11
12  UNITED STATES DEPARTMENT OF      )
    JUSTICE, EXECUTIVE OFFICE FOR    )   No. 09-2981-SBA
    IMMIGRATION REVIEW,              )
13                                   )   **ORDER TO SHOW CAUSE**
                    Petitioner,      )
14                                   )
                v.                   )
15                                   )
    NI CHI NGUYEN,                   )
16                                   )
                    Respondent.      )
17                                   )
    _____ )
18
        Good cause having been shown by the Petitioner upon its Petition and Memorandum in Support
19
    of its Petition (Docket Nos. 1 and 3), as well as its Request for Issuance of An Order to Show
20
    Cause, it is hereby:
21
        **ORDERED** that respondent, Ni Chi Nguyen, is ordered to appear before this Court on March 9,
22
    2010, at 1:00 p.m. in Courtroom No.1, Fourth Floor, United States District Court, 1301 Clay Street,
23
    Oakland, California, 94612, and then and there, show cause, if any, why he should not be
24
    compelled to appear at the removal hearing of Luu Thi Pham (A57-960-802) in Immigration Court
25
    in San Francisco, California, on April 6, 2010, at 1:00 p.m.;
26
        **ORDERED** that a copy of this Order to Show Cause, together with a copy of the Petition to
27
    Enforce a Subpoena, as well as the petitioner's Memorandum in Support of Petition, the
28
    Declaration of Edward A. Olsen, and petitioner's Request for Issuance of an Order to Show Cause,

                                          1

be served upon respondent at least thirty-five (35) days before the return date of this Order to Show Cause above specified;

**ORDERED** that no later than twenty-one (21) days before the return date of this Order, the respondent may file and serve a written response to the Petition to Enforce A Subpoena, as well as the petitioner's Memorandum In Support of Petition, the Declaration of Edward A. Olsen, and petitioner's Request for Issuance of an Order to Show Cause, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746; and that is further

**ORDERED** that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order.

**IT IS SO ORDERED.**

Dated:1/25/10

SAUNDRA B. ARMSTRONG
United States District Judge