1  JOSEPH P. RUSSONEILLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5  1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
6  FAX: (510) 637-3724

7  Attorneys for Petitioner

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   UNITED STATES DEPARTMENT OF        )
12 JUSTICE, EXECUTIVE OFFICE FOR      )  No. 09-2981-SBA
   IMMIGRATION REVIEW,                )
13                                    )  **ORDER ENFORCING IMMIGRATION**
                    Petitioner,       )  **JUDGE SUBPOENA**
14                                    )
             v.                       )
15                                    )
   NI CHI NGUYEN,                     )
16                                    )
                    Respondent.       )
17                                    )
                                      )
18

   This matter came before the Court for hearing on March 9, 2010, at 1:00 p.m., on the Order to
19
   Show Cause heretofore issued by this Court.  The Respondent was served with the Order to Show
20
   Cause ("OSC"), as well as the Petition to Enforce a Subpoena, the Memorandum in Support of the
21
   Petition, the Declaration of Edward A. Olsen, and the Petitioner's Request for Issuance of an Order
22
   to Show Cause, on February 6, 2010.  The Respondent has not filed a written response to the OSC
23
   and has  failed to appear before this Court in response to the OSC.
24
   The Court having considered the record herein, including the Petition To Enforce a Subpoena
25
   Issued by a United States Immigration Judge, the Memorandum in Support of the Petition, the
26
   Declaration of Edward A. Olsen, the Petitioner's Request for Issuance of an Order to Show Cause,
27
   and the Status Report Regarding Service of the OSC, as well as the statement of the Petitioner,  it is
28
   hereby:

                                      1

1 **ORDERED** that respondent, Ni Chi Nguyen, is ordered to appear at the removal hearing of Lu Thi Pham (A57-960-802) in Immigration Court at 120 Montgomery Street, 9th Floor, Courtroom 16, San Francisco, California, 94104, on April 6, 2010, at 1:00 p.m.  At the removal proceeding, the Immigration Judge shall advise the Respondent of his privilege against self-incrimination under the Fifth Amendment.

Failure to comply with the instant order may be grounds for a finding of contempt. See, e.g., United States v. Ayres, 166 F.3d 991, 994-96 (9th Cir. 1999) (affirming finding of contempt, where party failed to comply with court order directing him to provide testimony and produce records to IRS).

**FURTHER ORDERED** that the Clerk of Court shall close this case.  Petitioner may move to re-open the case upon a showing that a further hearing or action is necessary.

**IT IS SO ORDERED.**

Dated: 3/16/10

SAUNDRA B. ARMSTRONG
United States District Judge